470 S.E.2d 584

**Crystal F. BOWEN, Appellant,**

v.

**AUTOMOTIVE INDUSTRIES, INC. and Employers
Insurance of Wausau, Appellees.**

**Record No. 1532–94–3.**

Court of Appeals of Virginia.

May 7, 1996.

From the Virginia Workers' Compensation Commission.

An order dated March 7, 1996 was received from the Supreme Court of Virginia on March 27, 1996 and is recorded as follows:

Record No. 951843

Automotive Industries, Inc., et al., Appellants,

against

Crystal F. Bowen, Appellee.

From the Court of Appeals of Virginia

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.